UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| A.T. CROSS COMPANY,<br>Plaintiff,<br><br>v.<br><br>SILVON SOFTWARE, INC.<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 06 06 T<br><br>No. |

**NOTICE OF REMOVAL**

**TO: THE CLERK OF COURT FOR THE UNITED STATES DISTRICT FOR THE DISTRICT OF RHODE ISLAND**

Please take notice that Defendant, SILVON SOFTWARE, INC. ("Silvon") hereby removes this action pursuant to 28 U.S.C. §§ 1441(a) and 1446, from the Superior Court of the State of Rhode Island, Providence/Bristol Division, to the United States District Court for the District of Rhode Island. In support of its Notice of Removal, Silvon states as follows:

1. On or about December 7 2005, Plaintiff filed a Complaint in the Superior Court of Rhode Island, Providence/Bristol Division, against Silvon (A copy of the Complaint is attached as Exhibit A).

2. Silvon first received notice of the Complaint via mail to Silvon's Agent for Service of Process in Chicago, Illinois, on or about December 7, 2005 (A copy of the Summons is attached as Exhibit B).

3. This Notice of Removal is timely as it has been filed within 30 days of service of the complaint or notice of the filing of the Complaint on Silvon as required by 28 U.S.C. § 1446 (a).

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) and this action may be removed to this Court by Silvon pursuant to 28 U.S.C. § 1441(a).

5. There is complete diversity of citizenship between the parties involved in this cause of action under 28 U.S.C. § 1332(a) because the Plaintiff and the Defendant are now, were at the time of the alleged occurrence, and were at the time of the commencement of this action, citizens of different states.

6. Defendant, Silvon Software, Inc., is a corporation organized and existing under the laws of the State of Illinois and has its principal place of business at 900 Oakmont Lane, Westmont, Illinois.

7. Plaintiff, A.T. Cross Company, is a Rhode Island Corporation with its principal place of business at One Albion Road, Lincoln, Rhode Island.

8. The amount in controversy is reasonably believed to exceed the sum of $75,000, exclusive of interest and costs. Plaintiff seeks damages for alleged Misrepresentation in the Inducement, Breach of Contract, Breach of Warranty, Breach of Warranty of Quality and Performance in Workmanlike Manner, Breach of Implied Warranty of Merchantability, Breach of Implied Warranty of Fitness for a Particular Purpose, Breach of Implied Warranty of Integration, Breach of Implied Covenant of Good Faith and Fair dealing, Misrepresentation, and Unjust Enrichment.

9. Silvon attaches to this Notice of Removal copies of all process, pleadings and orders that have been served upon it (See Exhibits A and B).

10. A copy of this Notice of Removal has been filed in the Superior Court of Rhode Island, Providence/Bristol Division, and served upon Plaintiff's counsel.

WHEREFORE, SILVON SOFTWARE INC., removes this action from the Superior Court of Rhode Island, Providence/Bristol Division, to the United States District Court for the District of Rhode Island

Dated: January 6, 2005

One of the Attorneys for Defendant,
Silvon Software, Inc.

Michael J. Pisaturo #5936
1312 Atwood Avenue
Johnston, RI 02919
(401) 464-8111
(401) 942-4918

CERTIFICATE OF SERVICE

I hereby certify that on a true and correct copy of Defendants Silvon Software Inc.'s Notice of Removal was served this 6th Day of January 2006 upon all counsel of record listed below via U.S. First Class Mail.

William R. Grimm
HINCKLEY ALLAN & SYNDER LLP
1500 Fleet Center
Providence, RI 02903
Tel: (401) 274-2000
Fax: (401) 277-9600

Michael J. Pisaturo

CHIDMS1/623844.1