UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| A.T. CROSS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA No. 06 – 06 - T |
| | ) | |
| SILVON SOFTWARE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**State Court Record**

Pursuant to local rule 81 regarding Removal of Civil Actions from State Court, defendant Silvon Software Inc. hereby files certified or attested copies of the State Court Record in the above-referenced matter.

Respectfully submitted,
Silvon Software, Inc.
By one of its attorneys,

Michael J. Pisaturo #5936
1312 Atwood Avenue
Johnston, RI 02919
(401) 464-8111
(401) 942-4918

CERTIFICATE OF SERVICE

I hereby certify that on a true and correct copy of the within State Court Record was served this 12th Day of January 2006 upon all counsel of record listed below via U.S. First Class Mail.

William R. Grimm
HINCKLEY ALLEN & SYNDER LLP
1500 Fleet Center
Providence, RI 02903
Tel: (401) 274-2000
Fax: (401) 277-9600

Michael J. Pisaturo