STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-6259 A T CROSS COMPANY V SILVON SOFTWARW INC

Filing Date: 12-07-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 01-06-2006

Plaintiff: A.T. CROSS COMPANY
ID: @10702504

Attorney: WILLIAM GRIMM

Defendant: SILVON SOFTWARE INC
ID: @10702505

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-07-2005 | COMPLAINT FILED | |
| 12-07-2005 | INITIAL FILING FEE | |
| 12-08-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP216674. |
| 01-06-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT |
| 01-06-2006 | CASE REMVD TO US DISTRICT CT | |
| 01-06-2006 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

STATE ⌇HODE ISLAND AND PROVIDENCE PLAI ΓIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-6259 A T CROSS COMPANY V SILVON SOFTWARW INC

Filing Date: 12-07-2005 Case Type: CONTRACT DAMAGES
Case Status: UNASSIGNED Status Date: 12-07-2005

Plaintiff: A.T. CROSS COMPANY Attorney: WILLIAM GRIMM
ID: @10702504

Defendant: SILVON SOFTWARE INC
ID: @10702505

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-07-2005 | COMPLAINT FILED | |
| 12-07-2005 | INITIAL FILING FEE | |
| 12-08-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP216674. |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island