UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**RECEIVED**
JAN 23 2006
Property of U.S. District Court
District of Rhode Island

A.T. CROSS COMPANY,

Plaintiff,

v.

SILVON SOFTWARE, INC.

Defendant.

CA No. 06 – 06 - T

**Stipulation for Extension of Time To Answer or Otherwise Respond**

Plaintiff, A.T. Cross Company, and defendant, Silvon Software, Inc. hereby agree and stipulate that defendant shall have up to and including **February 13, 2006** to answer or otherwise respond to the Complaint filed in the above-referenced matter. As grounds for this stipulation, defendant states that an apparent conflict may have arisen regarding counsel for the defendant and that defendant needs additional time to procure new counsel.

For Plaintiff,
A.T. Cross Company,

William R. Grimm (by MJP)

William R. Grimm, #1938
Hinckley Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)

For Defendant,
Silvon Software, Inc.

Michael J. Pisaturo

Michael J. Pisaturo, #5936
The Law Office of
Michael J. Pisaturo, PC
1312 Atwood Avenue
Johnston, RI 02919
(401) 464-8111
(401) 942-4918

Dated: 1/23/06

CERTIFICATE OF SERVICE

I hereby certify that on a true and correct copy of the Stipulation was served this 23rd Day of January 2006 upon all counsel of record via U.S. First Class Mail.

Michael J. Pisaturo

Michael J. Pisaturo

[illegible] Ernest C. Torres

[illegible]

[illegible] 2/3/06