RECEIVED

MAR 02 2006

Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

A.T. CROSS COMPANY :
:
vs. : C.A. NO.: 06-06-T
:
SILVON SOFTWARE, INC. :

**STIPULATION**

Michael Pisaturo withdraws as attorney for Defendant, Silvon Software, Inc. and Anthony J. Gianfrancesco, Esq. hereby enters his appearance for Defendant, Silvon Software, Inc.

Michael J. Pisaturo
Michael Pisaturo, Esq. #5936
1312 Atwood Avenue
Johnston, Rhode Island 02919
(401) 464-8111
(401) 942-4918 (fax)

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, Rhode Island 02903
(401) 331-1434
(401) 351-9653

Dated: 2/27/06