Property of U.S. District Court
District of Rhode Island
JAN 10 2006
RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| A.T. CROSS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA No. 06 – 06 - T |
| | ) | |
| SILVON SOFTWARE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**Stipulation for Extension of Time To Answer or Otherwise Respond**

Plaintiff, A.T. Cross Company, and defendant, Silvon Software, Inc. hereby agree and stipulate that defendant shall have up to and including **January 23, 2006** to answer or otherwise respond to the Complaint filed in the above-referenced matter.

For Plaintiff,
A.T. Cross Company,

William R. Grimm (by MJP)

William R. Grimm, #1938
Hinckley Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)

For Defendant,
Silvon Software, Inc.

Michael J. Pisaturo

Michael J. Pisaturo, #5936
The Law Office of
Michael J. Pisaturo, PC
1312 Atwood Avenue
Johnston, RI 02919
(401) 464-8111
(401) 942-4918

Dated: 1/10/06

Ernest C. Torres

3/21/06