RECEIVED
JUN 2 8 2006
Prov, city of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

A.T. CROSS COMPANY :
:
v. : C.A. No. 06-06 T
:
SILVON SOFTWARE, INC. :

**DISMISSAL STIPULATION**

By agreement of the parties, plaintiff's complaint in the above-entitled matter is dismissed with prejudice, no costs, no attorney's fees.

A.T. CROSS COMPANY
By its Attorneys,

William R. Grimm (#1938)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Tel. (401) 274-2000
Fax. (401) 277-9600

SILVON SOFTWARE, INC.
By its Attorney,

Anthony J. Gianfrancesco
Baluch, Gianfrancesco, Mathieu, and Alger
155 South Main Street
Providence, R.I. 02903
Tel. (401) 331-1434

ENTERED AS AN ORDER of this Court this _______ day of June, 2006.

ENTER:

Ernest C. Torres
7/5/06

PER ORDER:

#717655